IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:06cr61-GHD-DAS

JEANETTE THURMAN

## **ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved *Ore Tenus* for an order substituting counsel in the above-styled and numbered cause. The Office of the Federal Public Defender contacted Attorney Thomas Levidiotis on June 12, 2012, who has agreed to be appointed as counsel to represent this defendant in this cause and to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that Thomas Levidiotis is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 12th day of June, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE